IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 12 cv 06672 |
| | ) | |
| vs | ) | Judge Virginia Kendall |
| | ) | |
| JOHN DOES 1 - 17 | ) | |
| | ) | |
| Defendants | ) | |

**NOTICE OF MOTION**

**TO:** _Paul Nicoletti via ECF _____

**PLEASE TAKE NOTICE** that on **January 8, 2013 at 9:00am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Virginia M. Kendall or any judge sitting in her stead in **Courtroom 2319** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:** MOTION FOR ADDITIONAL TIME TO SERVE DEFENDANTS

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2012, I provided service to the person or persons listed above by the following means: ECF

Signature: __/s/ Mary K. Schulz                                   Date: December 20, 2012

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510