METROPLEX MI 480
01 FEB 2013 PM 14 L

David McCreless
7323 Anthony St
Dearborn, MI 48126

FORWARD TIME EXP RTN TO SEND
MCCRELESS
3734 ROOSEVELT ST
DEARBORN MI 48174-3630

RETURN TO SENDER

Nicoletti & Associates, PLLC
36880 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304