**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-6672 |
| | : | |
| DAVID J. REYNOLDS, FELIX STANEK, | : | Judge Virginia M. Kendall |
| GREGORY BLAKE and JOHN DOES 2-8, | : | |
| 10, 11, 14 AND 15, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF GREGORY BLAKE ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Gregory Blake ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Gregory Blake was assigned the IP Address 98.223.131.42. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Gregory Blake has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: February ____, 2013

Respectfully submitted,

By: ___/s/ *Paul J. Nicoletti*_____
Paul J. Nicoletti
paul@nicoletti-associates.com
Law Office of Nicoletti & Associates, PLLC
36880 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Phone: 248-203-7800

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on February ____, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti