2/4/13

No. 1:12-cv-6672

David J Reynolds
311 Devon Court
Grayslake IL 60030
847-507-1568
jreynolds311@att.net

12CV6672

FILED
2-11-13
FEB 11 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Civil Action No. 1:12-cv-6672

I received a summons in a Civil Action in January of 2013. I am innocent in Count I, Direct Infringement, Count II, Contributory infringement, and any other accusations made against me. Again, I disagree with the accusations and I am innocent. I will attend the court action on February 19th at 9:00am at the Clerk of US District Court, 219 S. Dearborn, Chicago IL 60604.

Thank You,

David J Reynolds
/s/

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| MALIBU MEDIA, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:12-cv-6672 |
| DAVID J. REYNOLDS | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* David J. Reynolds
311 Devon Court
Grayslake, IL 60030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   NICOLETTI & ASSOCIATES, PLLC
Paul J. Nicoletti, Esq.
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

THOMAS G. BRUTON, CLERK

*Jacqueline Halberman* (signature)

(By) DEPUTY CLERK



December 26, 2012

DATE