AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-6672

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gregory Blake

was received by me on *(date)* 1\21\13 .

☑ I personally served the summons on the individual at *(place)* 1806 W. 17TH STREET #2F, CHICAGO IL 60608 on *(date)* 1\23\13 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Address!  _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1\24\13 _____

*Server's signature*

CONDETTO RICHARDSON - PROCESS SERVER
*Printed name and title*

5250 OLD ORCHARD RD #300, SKOKIE IL 60077
*Server's address*

Additional information regarding attempted service, etc:

713